UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONY MENDIOLA and DZENANA MENDIOLA, <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FREEMONT HOME LOANS INC.; RECONSTRUCT CO.; FREEMONT INVESTMENT & LOAN; HSBC BANK USA NA as Trustee for the asset backed pass through certificates equity Loan Trust series 2006 FM-2; et al., <br><br> Defendants. | 2:08-CV-001138-LRH-RJJ <br><br> ORDER |

Before the court are three motions. The first motion is Defendants Mortgage Electronic Registration Systems, Inc. and Reconstruct Co.'s Motion to Dismiss (#5[1]). The second motion is Defendant Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan's Motion to Dismiss (#8). The third motion is Defendants Mortgage Electronic Registration Systems, Inc. and Reconstruct Co.'s Request for Status Conference (#19). Defendant Fremont Reorganizing

---

[1]Refers to the court's docket entry number

Corporation have joined in the request for a status conference (#20).[2] On September 8, 2008, this court issued a *Klingele* Order notifying Plaintiffs that pursuant to Local Rule 7-2(d), failure to respond to any motion constitutes consent to the granting of the motion. Seven months have now elapsed without any response from Plaintiffs in opposition to the motions to dismiss. Pursuant to Local Rule 7-2(d), Defendants' motions to dismiss are therefore granted.

IT IS THEREFORE ORDERED that Defendants Mortgage Electronic Registration Systems, Inc. and Reconstruct Co.'s Motion to Dismiss (#5) is GRANTED without prejudice.

IT IS FURTHER ORDERED that Defendant Fremont Reorganizing Corporation's Motion to Dismiss (#8) is GRANTED without prejudice.

IT IS FURTHER ORDERED that Plaintiff shall have 30 days from the date of entry of this order to file an amended complaint to state a claim against Defendant Mortgage Electronic Registration Systems, Inc., Defendant Reconstruct Co., and Defendant Fremont Reorganizing Corporation. In the event Plaintiffs fail to do so, the clerk of court is directed to enter judgment in favor of Defendant Mortgage Electronic Registration Systems, Inc., Defendant Reconstruct Co., and Defendant Fremont Reorganizing Corporation pursuant to Federal Rule of Civil Procedure 54(b). Final judgment in favor of these defendants is warranted, as there is no just reason for delay in light of Plaintiffs' continued failure to respond to any of the defendants' motions.

///
///
///
///
///
///

---

[2] Defendants Freemont Home Loans Inc. and HSBC Bank USA NA did not join any of the present motions.

IT IS FURTHER ORDERED that Defendants Mortgage Electronic Registration Systems, Inc. and Reconstruct Co.'s request for a status conference (#19) is DENIED, as a status conference is unnecessary at this juncture.

IT IS SO ORDERED.

DATED this 22nd day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE